# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Sophia Ferrucho,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>IQ Data International, Inc. aka Rent Collect Global,<br><br>　　　　　Defendant. | Case No.: 2:19-cv-00021-JAM-AC<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:　4/17/2019　　　　　　　　　　/s/ John A. Mendez_____

　　　　　　　　　　　　　　　　　　Hon. John A. Mendez